11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Timothy Garrett Lane and Choat
Enterprises, Inc.,

\* From the 70th District
  Court of Ector County,
  Trial Court No. A-133,142.

Vs. No. 11-13-00247-CV

\* April 3, 2014

Silverio Martinez, II and Diana Martinez,
individually and as representative of the
Estate of Silverio Martinez, III, deceased,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

    and

Norma Jimenez,

Vs.

Timothy Garrett Lane and Choat Enterprises, Inc.,

This court has considered Norma Jimenez's unopposed motion to dismiss this appeal as to Jimenez only and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed as to Norma Jimenez only. The costs incurred by reason of the dismissed portion of this appeal are taxed against Norma Jimenez.